IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 3 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ALONSO GUARDADO FLORES**          *
                                    *
      **PLAINTIFF,**          *
                                    *
v.                                  *   Case No.: 1:15-cv-02162-EGS
                                    *
**MARYLAND 18TH STREET PIZZA, INC.,** *
**ET AL.**                          *
                                    *
      **DEFENDANTS.**         *

*************************************************************

**ORDER** for Judgment

Defendants, Maryland 18th Street Pizza, Inc. and Munir Chisti, having failed to plead or otherwise defend in this action, and default having theretofore been entered; upon application of Plaintiff and upon affidavit that Defendants are indebted to Plaintiff for a sum certain for or a sum which can by computation be made certain; it is hereby

ORDERED, that a joint and several judgment be entered in favor of Plaintiff Alonso Guardado Flores and against Defendants in the amount of $70,632.80 for violation of the Fair Labor Standards Act and the D.C. Minimum Wage Act and $12,529.50 for attorney's fees and costs.

6/10/16

_____
United States District Court Judge