## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALONSO GUARDADO FLORES | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | Case No.: 1:15-cv-02162-EGS |
| | * | |
| MARYLAND 18TH STREET PIZZA, INC.., *et al.* | * | |
| | * | |
| DEFENDANTS. | * | |

**************************************************************************

### JOINT STIPULATION OF
### DISMISSAL WITH PREJUDICE
### AND SATISFACTION OF JUDGMENT

Plaintiff/Judgment Creditor Alonso Guardado Flores and Defendant/Judgment Debtor Munir Chisti hereby submit this Joint Stipulation of Dismissal with Prejudice and Satisfaction of Judgment, stipulating as follows:

1.     On June 13, 2016, the Court entered judgment against the Defendants for the amount of $70,632.80 in damages plus $12,529.50 in attorneys' fees (the "Judgment").

2.     Defendants having satisfied the Judgment, the parties stipulate that the Judgment shall be docketed as "PAID AND SATISFIED" and the case shall be dismissed with prejudice.

Dated: March 6, 2018                    Respectfully submitted,

                    _____-S-_____
                    Michael K. Amster (Bar No. 1001110)
                    J. Barrett Kelly (Bar No. 1019475)
                    ZIPIN, AMSTER & GREENBERG, LLC
                    8757 Georgia Ave. Suite 400
                    Silver Spring, MD 20910
                    Tel: (301) 587 – 9373
                    Fax: (240) 839 – 9142
                    mamster@zagfirm.com
                    bkelly@zagfirm.com

                    *Counsel for Plaintiff/Judgment Creditor*

_____-S-_____
V. Peter Markuski, Jr. (Bar. No. 420542)
9101 Cherry Lane, Suite 207
Laurel, MD 20708
301-953-7480
301-953-1339 (Fax)
vpmarkuski@gbmlawfirm.com

*Counsel for Defendant/Judgment Debtor Chisti*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2018, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice and Satisfaction of Judgment was served by first class mail, postage prepaid, on:

Munir Chisti
c/o V. Peter Markuski, Jr.
9101 Cherry Lane, Suite 207
Laurel, MD 20708

And

Maryland 18th Street Pizza, Inc.
c/o V. Peter Markuski, Jr.
9101 Cherry Lane, Suite 207
Laurel, MD 20708

_____-S-_____
J. Barrett Kelly

2